## Webb, Appellant, *v.* Washington National Insurance Company.

Argued November 16,

1967.   *George Raynovich, Jr.,* with him *Stone & Raynovich,* for appellant; *James H. McConomy,* with him *Reed, Smith, Shaw & McClay,* for appellee.

Judgment n.o.v. affirmed.

WRIGHT, J., took no part in the consideration or decision of this case.